**Steven HOVEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42144.**

Missouri Court of Appeals,
Western District.

March 6, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 1990.

Application to Transfer Denied
May 15, 1990.

David S. Durbin, Appellate Defender, John L. Vohs, Asst. Appellate Defender, State Public Defender's Office, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, C.J., and SHANGLER and FENNER, JJ.

### ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for postconviction relief after an evidentiary hearing.

Affirmed. Rule 84.16(b).

**Rodney K. SUTHERLIN,
Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42501.**

Missouri Court of Appeals,
Western District.

March 6, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 1990.

Application to Transfer Denied
May 15, 1990.

David S. Durbin, Appellate Defender, John L. Vohs, Asst. Appellate Defender, State Public Defender's Office, Kansas City, for movant-appellant.

William L. Webster, Atty. Gen., Frank A. Jung, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

### ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief sought pursuant to Rule 24.-035.

Judgment affirmed. Rule 84.16(b).